**RECEIVED**

2005 DEC -9  P 2: 37

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>MADILYN SHUFORD THOMAS )<br>)<br>) | CR. NO. 2:05cr280-B<br>(18 U.S.C. 641)<br><br>**INFORMATION** |

The United States Attorney charges:

### COUNT

On or about the 16th day of September 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **MADILYN SHUFORD THOMAS** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

_____
KENT BRUNSON
Assistant United States Attorney

_____
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | **AFFIDAVIT** |
| | ) | |
| COUNTY OF MONTGOMERY | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 16 September 05, via closed circuit video monitors, I observed MADILYN SHUFORD THOMAS steal a purse by changing its price tag with a much cheaper model. I observed her select a brown Dooney and Bourke purse, with a price of $188.00. She then removed the $188.00 price tag that was attached to the purse. MADILYN SHUFORD THOMAS then selected another much cheaper purse off the shelf, tore the price tag off of it, and placed the second much lower price tag on the original purse. This second price tag was for $12.95 less 25%. Thomas then walked through the store, went to the central checkout and paid the incorrect price ($9.74) for the $188.00 purse.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this ____ day of _November_, 20 _05_.

_____
Notary Public
My commission expires
_____.

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS