COURTROOM DEPUTY'S MINUTES  DATE: 3-15-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 3:30 – 3:39 pm
COURT REPORTER:

- [x] **ARRAIGNMENT**
- [ ] CHANGE OF PLEA
- [ ] CONSENT PLEA
- [ ] RULE 44(c) HEARING
- [ ] SENTENCING

PRESIDING MAG. JUDGE: Boyd
DEPUTY CLERK: sql
CASE NUMBER: 2:05cr280-DRB
DEFENDANT NAME: Madilyn Shufford THOMAS
AUSA: Branson
DEFENDANT ATTORNEY: Kemp
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name: KARS; 3-15-06

- [x] This is defendant's **FIRST APPEARANCE**.
- [x] Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
- [x] ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
- [ ] WAIVER OF INDICTMENT executed and filed.
- [ ] INFORMATION filed.
- [ ] Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:
- [x] Not Guilty
- [ ] Guilty as to:
   - [x] Count(s): 1
   - [ ] Count(s): _____   [ ] dismissed on oral motion of USA
   [ ] to be dismissed at sentencing

- [ ] Written plea agreement filed   [ ] ORDERED SEALED
- [ ] ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____
- [ ] CRIMINAL TERM:   [ ] WAIVER OF SPEEDY TRIAL filed.

DISCOVERY DISCLOSURE DATE: 3-20-06

- [x] ORDER: Defendant continued under [ ] same bond; [x] summons; for:
   - [x] Trial on 5-15-06; [ ] Sentencing on _____
- [ ] ORDER: Defendant remanded to custody of U. S. Marshal for:
   - [ ] Trial on _____; or [ ] Sentencing on _____
- [ ] Rule 44 Hearing: [ ] Waiver of Conflict of Interest Form executed
   [ ] Defendant requests time to secure new counsel