IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-000280-DRB |
| | ) | |
| MADILYN SHUFORD THOMAS | ) | |

## ORDER

Pursuant to Defendant's *Notice of Intent to Change Plea* (Doc. 12, filed May 5, 2006), it is

**ORDERED** that this case is hereby set for a change of plea hearing at 2:30 p.m. on May 12, 2006, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Done this 5th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE