COURTROOM DEPUTY'S MINUTES  DATE: 5-12-2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 2:45-3:01 pm
COURT REPORTER:

☐ ARRAIGNMENT  (☐ CHANGE OF PLEA)  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: Boyd  DEPUTY CLERK: sql
CASE NUMBER: 2:05CR280-DRB  DEFENDANT NAME: MADILYN THOMAS
AUSA: Neal Frazier  DEFENDANT ATTORNEY: Donnie Bethel
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES  Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:  ☐ Not Guilty
       ✓ Guilty as to:
         ✓ Count(s): 1
         ☐ Count(s):        ☐ dismissed on oral motion of USA
                            ☐ to be dismissed at sentencing
✓ Written plea agreement filed   ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ CRIMINAL TERM:           ☐ WAIVER OF SPEEDY TRIAL filed.
              DISCOVERY DISCLOSURE DATE:
✓ ORDER: Defendant continued under ✓ same bond; ☐ summons; for:
         ☐ Trial on _____; ✓ Sentencing on 7-17-06
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel