IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-000280-DRB |
| | ) | |
| MADILYN SHUFORD THOMAS | ) | |

## ORDER

On May 12, 2006, the defendant, **Madilyn Shuford Thomas**, appeared in person and in open court with her counsel, Assistant Federal Defender Donnie Bethel, and entered a change of plea. The defendant entered a plea of GUILTY.

Accordingly, it is now ORDERED that the defendant, Madilyn Shuford Thomas, appear for **sentencing on Monday, July 17, 2006 at 10:00 a.m.** in District Courtroom 4A at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 15th day of May, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE