COURTROOM DEPUTY'S MINUTES     DATE: 7-17-2006
MIDDLE DISTRICT OF ALABAMA     DIGITAL RECORDING: 10:04 - 10:28am
                                COURT REPORTER:

☐ ARRAIGNMENT     ☐ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☑ SENTENCING

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NUMBER: 2:05CR280-DRB     DEFENDANT NAME: Madilyn Shufford THOMAS
AUSA: Frazier     DEFENDANT ATTORNEY: Don Bethel
                            Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
                            ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES     Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☐ Not Guilty
          ☐ Guilty as to:
              ☐ Count(s):
              ☐ Count(s):                    ☐ dismissed on oral motion of USA
                                                  ☐ to be dismissed at sentencing
☐ Written plea agreement filed     ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:     ☐ WAIVER OF SPEEDY TRIAL filed.
               DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
         ☐ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel